GREENBERG TRAURIG, LLP
Adam D. Cole (AC 1335)
Caroline J. Heller (CH 8814)
MetLife Building
200 Park Ave. - 15th Floor
New York, New York 10166
Telephone: (212) 801-9200

-and-

MICHAEL BEST & FRIEDRICH LLP
Amy V. Kossoris, admitted pro hac vice
100 East Wisconsin Avenue, Suite 3300
Milwaukee, Wisconsin 53202
Telephone: (414) 271-6560

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN APPRAISAL ASSOCIATES, INC. ) <br> 411 East Wisconsin Avenue, Suite 1900 ) <br> Milwaukee, Wisconsin 53202, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN APPRAISAL SERVICES, INC. ) <br> 129 Hammond Road ) <br> Centereach, NY 11720 ) <br> ) <br> Defendant. ) <br> ---------X | 05-CV-01863 (LDW) <br><br> **ORDER FOR PERMANENT INJUNCTION AGAINST DEFENDANT AMERICAN APPRAISAL SERVICES, INC.** |

Having considered Plaintiff American Appraisal Associates, Inc.'s ("American Appraisal") Application for Entry of Default Judgment and the Affirmation of Caroline J. Heller, the Complaint, and other papers in the Court's file in this matter,

**THE COURT ORDERS AS FOLLOWS:**

Defendant American Appraisal Services, Inc. ("Defendant"), its directors, principals, officers, agents, servants, employees, manufacturers, distributors, warehouseman, subsidiaries,

divisions, attorneys, representatives, successors and assigns, and all those acting in concert or participation with them directly or indirectly shall be, and hereby are, PERMANENTLY ENJOINED and restrained from:

(a) using the names "American Appraisal Services" or "American Appraisal" in commerce or in connection with any goods or services;

(b) using in commerce any simulation, reproduction, counterfeit, copy, or colorable imitation of American Appraisal's registered trademarks, as shown in Exhibits A and B attached hereto, in connection with the distribution, offering for distribution, sale, offering for sale, advertisement or promotion of Defendant's residential and commercial appraisal services;

(c) engaging in any other activity constituting an infringement of American Appraisal's trademarks, or of American Appraisal's rights in, or right to use or to exploit those trademarks, or constituting any dilution of American Appraisal's name, reputation, or goodwill; and

(d) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (c) above.

**IT IS SO ORDERED.**

Dated: Central Islip, New York
3/9, 2006

_____
United States District Judge

2